IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES BESS, III,

      Appellant,

 v.

                                                    Case No. 5D22-340
LT Case No. 2014-CF-002723-A-X

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 24, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Charles Bess, III, Milton, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


HARRIS, TRAVER and NARDELLA, JJ., concur.